**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| **JOHN JOWERS III** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 2:26-cv-126** |
| | § | |
| **NICHOLAS GRANT and** | § | |
| **ANTONIO GUZMAN,** | § | |
| | § | |
| ***Defendants*.** | § | |

**PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW ATTORNEY BREANTA BOSS AS COUNSEL**

TO THE HONORABLE COURT:

Breanta Boss, counsel of record for Plaintiff John Jowers III, has ended employment with Palmer Perlstein. Accordingly, Plaintiff moves the Court to enter an order permitting Ms. Boss to withdraw as counsel for Plaintiff. Attorneys James Roberts and Scott Palmer will remain in their capacity as counsel for Plaintiff.

WHEREFORE, Plaintiff requests that this Court grant this unopposed motion for Attorney Breanta Boss to withdraw as counsel for Plaintiff.

Respectfully submitted,

*/s/ James P. Roberts*
JAMES P. ROBERTS,
Texas Bar No. 24105721

SCOTT H. PALMER,
Texas Bar No. 00797196

**PALMER PERLSTEIN**
15455 Dallas Parkway, Suite 540
Addison, Texas 75001
Telephone: 214.987.4100
Facsimile: 214.922.9900
scott@palmerperlstein.com
james@palmerperlstein.com

COUNSEL FOR PLAINTIFF

**CERTIFICATE OF CONFERENCE**

I certify that on July 20, 2026, I conferred with Attorney Blair Oscarsson counsel for Defendants regarding this motion. Defense counsel is unopposed to the relief sought herein.

*/s/ James P. Roberts*
JAMES P. ROBERTS,

**CERTIFICATE OF SERVICE**

I certify that on July 23, 2026, I caused the foregoing document to be filed with the clerk of court for the United States District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ James P. Roberts*
JAMES P. ROBERTS,