UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JOHN JOWERS III, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:26-cv-00126-Z-BZ |
| | § | |
| NICHOLAS GRANT and ANTONIO GUZMAN, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**APPENDIX IN SUPPORT OF DEFENDANTS' BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

COME NOW Sergeant Nicholas Grant ("Grant") and Deputy Antonio Guzman ("Guzman") each in their individual capacity as a Randall County Sheriff's Office officer (collectively "Defendants") and file this Appendix in Support of Defendants' Motion for Summary Judgment.

| Exhibit | Description | Appendix Page No(s). |
|---|---|---|
| Exhibit A | Randall County Sheriff's Office Case Report – Cpl. Turner | App. 0001-0013 |
| Exhibit B | Randall County Sheriff's Office Case Report – Sgt. Grant | App. 0014-0020 |
| Exhibit C | Randall County Sheriff's Office Officer Narratives, Booking and Arrest Report | App. 0021-0031 |
| Exhibit D | Randall County Sheriff's Office Individual Arrest Report of John Jowers | App. 0032-0033 |
| Exhibit E | Sergeant Grant's body camera video | App. 0034 |
| Exhibit F | Deputy Guzman's body camera video – Part 1 | App. 0035 |
| Exhibit G | Deputy Guzman's body camera video – Part 2 | App. 0036 |

Respectfully submitted,

SPROUSE SHRADER SMITH PLLC
Blair Saylor Oscarsson, SBN 24056073
blair.oscarsson@sprouselaw.com
Evan A. Johnson, SBN 24134463
evan.johnson@sprouselaw.com
701 S. Taylor, Suite 500
P. O. Box 15008
Amarillo, Texas 79105-5008
Tel: (806) 468-3300 / Fax: (806) 373-3454

/s/ *Blair Saylor Oscarsson*
Blair Saylor Oscarsson

**ATTORNEYS FOR DEFENDANTS SERGEANT NICHOLAS GRANT AND DEPUTY ANTONIO GUZMAN**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2026, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system will send a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

**ATTORNEYS FOR PLAINTIFF**
James P. Roberts
Scott H. Palmer
PALMER PERLSTEIN
15455 Dallas Parkway, Suite 540
Addison, Texas 75001
Tel: (214) 987-4100
Fax: (214) 922-9900
james@palmerperlstein.com
scott@palmerperlstein.com

/s/ *Blair Saylor Oscarsson*
Blair Saylor Oscarsson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JOHN JOWERS III,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS GRANT and<br>ANTONIO GUZMAN,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:26-cv-00126-Z-BV |

**BUSINESS RECORDS AFFIDAVIT**

STATE OF TEXAS §
§
COUNTY OF RANDALL §

Before me, the undersigned authority, personally appeared Dennis Rice, who being by me duly sworn, deposed as follows:

My name is Dennis Rice. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am a custodian of the records for the Randall County Sheriff's Office. Attached hereto are the following from the Randall County Sheriff's Office:

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Randall County Sheriff's Office Case Report - Cpl. Turner |
| B | Randall County Sheriff's Office Case Report - Sgt. Grant |
| C | Randall County Sheriff's Office Officer Narratives, Booking and Arrest Report |
| D | Randall County Sheriff's Office Individual Arrest Report of John Jowers |
| E | Sergeant Grant's body camera video |
| F | Deputy Guzman's body camera video - Part 1 |
| G | Deputy Guzman's body camera video - Part 2 |

These 33 pages of records and three body camera videos are kept by the Randall County Sheriff's Office in the regular course of business, and it was the regular course of business of the

Randall County Sheriff's Office for an employee or representative of the Randall County Sheriff's Office with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

[signature]
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME on the 16th day of September, 2026, to certify which witness my hand and official seal.

[signature: Kelly Beals]
Notary Public, State of Texas
My Commission Expires: 3/4/30

KELLY BEALS
Notary Public, State of Texas
Notary ID #133625193
My Commission Expires 03-04-2030



*DEF000038*

# EXHIBIT A

## Calls for Service

### Call for Service Information

| | | | |
|---|---|---|---|
| CFS Number | RCSO-2025-00007077 | Coordinate X | -101.80680578 |
| Agency | RANDALL COUNTY SO | Coordinate Y | 35.08574066 |
| Received Date/Time | | Complainant | |
| Dispatched Date/Time | | Address | |
| Arrived Date/Time | | CSZ | |
| Cleared Date/Time | | Phone | |
| CFS Date/Time | 5/10/2025 7:10:19 PM | Call Type | INTERFERENCE WITH CHILD CUSTODY |
| Dispatcher | | Reported Offense | |
| Source | | Verified Offense | |
| Address | 11817 Ls Trl | Disposition | |
| CSZ | RAND | Priority | 4 - 4 |
| Location Name | | Classification | |
| Jurisdiction | | Vehicle | |
| Grid | RCSO | Vehicle License | |
| Sector | RCSO | Tow Company | |
| Map | | Case | 25-0000484 |
| Beat Name | RCSO | | |

### Subject information

| | |
|---|---|
| Name | JOWER, JOHN |
| Role | An initial caller |
| Address | |

| | | | |
|---|---|---|---|
| Race | | Build | |
| Gender | | Eye Color | |
| DOB | | Hair Color | |
| Age | | DLN | |
| Height | | DL State | |
| Weight | | | |

### Additional Information

| Report Number | Foreign Report Number | Agency |
|---|---|---|
| 25-0000484 | N - No | RCSO |

CFS Number: RCSO-2025-00007077

RANDALL COUNTY SO

| Disposition | Unit ID | Primary Unit | Disposition Comments |
|---|---|---|---|
| NO REPORT | RCSO/642 | Y - Yes | CALLER WANTS DOCUMENTED THAT EX WIFE IS VIOLATING COURT ORDER BY HAVING KIDS AROUND EX BOYFRIEND |
| REPORT | RCSO/642 | Y - Yes | 10-8 REPORT MADE |

| Comment Date/Time | User ID | Device ID | Comment |
|---|---|---|---|
| 5/10/2025 7:10:19 PM | MGRIFFIN | 08103 | 10-21 CALLER WANTS TO SPEAK W/A SUPERVISOR ABOUT CUSTODY ISSUES // SPOKE W A DEPUTY BEFORE ABOUT THE ISSSUE |

## Unit Assignment

| Unit ID | Agency | Primary Unit | Temporary Unit |
|---|---|---|---|
| RCSO/642 | RCSO | Y - Yes | N - No |
| **Dispatch Date/Time** | **Enroute Date/Time** | **Arrival Date/Time** | **Clear** |
| | 5/10/2025 7:13:39 PM | 5/10/2025 7:14:45 PM | 5/10/2025 7:25:49 PM |
| **Personnel** | | | |
| 1431 - Turner, Mason | | | |

| Unit ID | Agency | Primary Unit | Temporary Unit |
|---|---|---|---|
| RCSO/642 | RCSO | Y - Yes | N - No |
| **Dispatch Date/Time** | **Enroute Date/Time** | **Arrival Date/Time** | **Clear** |
| | 5/10/2025 7:51:48 PM | | 5/10/2025 7:53:57 PM |
| **Personnel** | | | |
| 1431 - Turner, Mason | | | |

Case Report Number: 25-0000484-001

RANDALL COUNTY SO

## Case Report

### Administrative

| | |
|---|---|
| Case Report Number | 25-0000484-001 |
| Subject | Informational Report |
| Disposition | Active |
| Entered On | 5/14/2025 11:32:52 PM |
| Entered By | Turner, Mason |
| Reported On | 5/10/2025 |
| Reporting Officer | Turner, Mason |
| Reporting Agency | RCSO - RANDALL COUNTY SO |
| Report Type | Informational Report |
| Assisted By | |
| Occurred On (Date and Time) | Saturday 5/10/2025 7:10:00 PM |
| Or Between (Date and Time) | |
| Location | 11817 Ls Trl |
| CSZ | RAND |
| Location Name | |
| Verification | Verified |
| Verification Level | |
| Precinct | |
| Jurisdiction | |
| Grid | RCSO |
| Sector | RCSO |

| | |
|---|---|
| Map | |
| Beat | RCSO |
| Census/Geo Code | |
| Call Source | |
| Related Cases | |
| Means | |
| Other Means | |
| Motives | |
| Other Motives | |
| Vehicle Activity | |
| Direction Vehicle Traveling | |
| Cross Street | |
| Notified | |
| Supplemental | |
| Assignment | |
| Assignment Date | |
| Assignment Type | |
| Assignment Active | |
| Status | |
| Decline | |
| Decline Notes | |
| Case Management | |

### For Exceptional Clearances

Clearance Basis

Exceptional Clearance Date

### Solvability

| Solvability Code | Points |
|---|---|

### Narrative

RCSO IR: 25-0000484 Informational Report

Date: 5/10/2025

Case Report Number: 25-0000484-001

RANDALL COUNTY SO

Location: 11817 LS Trail

Reporting Officer: Corporal Mason Turner #642

Arrest Made: No

SUMMARY OF EVENTS:

On Saturday, May 10, 2025, I, Cpl. Turner #642, was contacted via phone by John Jowers. John requested a report be made due to his ex-wife, Castina Dobbins, violating a child custody agreement by having their children near her boyfriend, Austin Lindsey. John advised me that Castina, Austin, and the children were at the route 66 racetrack together due to Austin having involvement in the races. John advised he did not believe deputies would be able to locate the individuals at the races due to the amount of people there and requested it be documented. John provided screenshots of a custody agreement that appeared to validate John's statements that Castina was not allowed to have the children near Austin.

PARTIES:

John Jowers III (W/M, DOB [redacted]88, TX DL [redacted], 806-[redacted]

Castina Dobbins (W/F, DOB [redacted]89)

Austin Lindsey (W/M, DOB [redacted]94, TX DL [redacted]

[redacted]W/F, DOB [redacted]10)

[redacted]W/M, DOB [redacted]15)

[redacted](W/M, DOB [redacted]15)

EVIDENCE:

Evidence Seized/Booked:

N/A

Associated Items:

N/A

PHOTOS: YES? NO?

IN-CAR: YES? NO?

BODY CAM: YES? NO?

Other A/V RECORDING: YES? NO?

NARRATIVE:

On Saturday, May 10, 2025, I, Cpl. Turner #642, was contacted via phone by John. John advised me he was informed that his children were at the Route 66 motor speedway with their mother Castina. John advised me they were there with Castina watching Austin race. John advised they had a court order, which he believed to be a protective order, that stated Austin was to have no direct or indirect contact with the children, due to an assault charge Austin recently had. I asked John how to locate Castina and the children at the races and he advised that due to the amount of people at the races and deputies not knowing what Castina or the children looked like, he believed it unlikely that we would be able to locate them. John advised he is trying to protect his children and wants something done about the violation. I asked John to provide me with the court order, John advised he could provide me with screenshots of the pages that were stated Austin was not to be around the children.

Upon inspecting the photos of the court order that John sent to me, I observed the order to be marked "NO. 79,230-L1" and was titled "Order in suit to modify parent-child relationship". I observed page 29 to contain a section that stated John Jowers and Castina Dobbins were permanently enjoined from permitting Austin Lindsey to have any form of contact with the children or to reside in the same household as the children. After reviewing the court order John sent to me, I advised him it was a child custody agreement not a protective order. I advised John, due to it being a child custody order, I could only document the violation. After advising John of this, he requested the violation be documented.

Due to not witnessing Castina in violation of the court order, I completed an informational report. I have nothing further to report. EOR.

CHARGES / OFFENSE:

N/A

Offenders

Victims

Witnesses

Other Entities

**Name: JOWERS, JOHN CALVIN**

Entity Type Complainant

Case Report Number: 25-0000484-001

RANDALL COUNTY SO

Aliases

| Alias | Alias DOB | Alias SSN |
|---|---|---|

Alerts

Addresses

| Address Type | Address | CSZ | County | Country |
|---|---|---|---|---|
| H - Home | 11817 Ls Trl | AMARILLO, TX 79118 | | |

Phones

| Phone Type | Phone Number |
|---|---|
| HOME | (806) [redacted] |

Email

| Email Address |
|---|

Scars, Marks and Tattoos

| SMT | Type | Location | Description |
|---|---|---|---|

Languages Spoken

| Fluency | Language |
|---|---|

| | | | |
|---|---|---|---|
| Sex | Male | DL State | Texas |
| Race | White | DL Country | |
| Ethnicity | Not Hispanic or Latino | SSN | |
| DOB | [redacted]1988 | Attire | |
| Age | 36 | Employer/School | |
| Eye Color | Brown | Employer Address | |
| Hair Color | Brown | Employer CSZ | |
| Facial Hair | | Occupation/Grade | |
| Complexion | | Marital Status | |
| Height | 5' 10" | Registered Sex Offender | |
| Weight | 165 | EXP Date RSO | |
| Resident | | Accent | |
| POB | | Nationality | |
| DLN | [redacted] | | |

Case Report Number: 25-0000484-001

RANDALL COUNTY SO

| | |
|---|---|
| Immigration Status | Hand |
| Notes | |

**Name: DOBBINS, CASTINA MARRIE**

Entity Type **Involved**

Aliases

| Alias | Alias DOB | Alias SSN |
|---|---|---|
| DOBBINS, CASTINA MARIE | | |
| DOBBINS, CASTINA MARRIE | | |

Alerts

Addresses

| Address Type | Address | CSZ | County | Country |
|---|---|---|---|---|
| [redacted] | | | | |

Phones

| Phone Type | Phone Number |
|---|---|
| MOBILE | (806) [redacted] |

Email

| Email Address |
|---|
| [redacted] |

Scars, Marks and Tattoos

| SMT | Type | Location | Description |
|---|---|---|---|

Case Report Number: 25-0000484-001

RANDALL COUNTY SO

Languages Spoken

| Fluency | Language |
| --- | --- |

| | | | |
| --- | --- | --- | --- |
| Sex | Female | SSN | |
| Race | White | Attire | |
| Ethnicity | Not Hispanic or Latino | Employer/School | |
| DOB | [redacted]1989 | Employer Address | |
| Age | 35 | Employer CSZ | |
| Eye Color | | Occupation/Grade | |
| Hair Color | | Marital Status | |
| Facial Hair | | Registered Sex Offender | |
| Complexion | | EXP Date RSO | |
| Height | | Accent | |
| Weight | | Nationality | |
| Resident | | Immigration Status | |
| POB | | Hand | |
| DLN | [redacted] | | |
| DL State | Texas | | |
| DL Country | | | |

Notes

**Name: LINDSEY, AUSTIN DMICAH**

Entity Type Involved

Aliases

| Alias | Alias DOB | Alias SSN |
| --- | --- | --- |

Alerts

Addresses

| Address Type | Address | CSZ | County | Country |
| --- | --- | --- | --- | --- |
| | 10400 Bushland Rd | Amarillo, TX 79119 | | |

Phones

| Phone Type | Phone Number |
|---|---|
| HOME | (806)[redacted] |

Email

| Email Address |
|---|

Scars, Marks and Tattoos

| SMT | Type | Location | Description |
|---|---|---|---|

Languages Spoken

| Fluency | Language |
|---|---|

| | | | |
|---|---|---|---|
| Sex | Male | SSN | [redacted] |
| Race | White | Attire | |
| Ethnicity | Not Hispanic or Latino | Employer/School | |
| DOB | [redacted]1994 | Employer Address | |
| Age | 30 | Employer CSZ | |
| Eye Color | | Occupation/Grade | |
| Hair Color | | Marital Status | |
| Facial Hair | | Registered Sex Offender | |
| Complexion | | EXP Date RSO | |
| Height | | Accent | |
| Weight | | Nationality | |
| Resident | | Immigration Status | |
| POB | | Hand | |
| DLN | [redacted] | | |
| DL State | Texas | | |
| DL Country | | | |

Notes

**Name: JOWERS, HEIDI**

Case Report Number: 25-0000484-001

RANDALL COUNTY SO

Entity Type Children

Aliases

| Alias | Alias DOB | Alias SSN |
|---|---|---|

Alerts

Addresses

| Address Type | Address | CSZ | County | Country |
|---|---|---|---|---|
| | | AMARILLO, TX 79118 | | |

Phones

| Phone Type | Phone Number |
|---|---|
| HOME | (806)[redacted] |

Email

| Email Address |
|---|

Scars, Marks and Tattoos

| SMT | Type | Location | Description |
|---|---|---|---|

Languages Spoken

| Fluency | Language |
|---|---|

| | | |
|---|---|---|
| Sex | Female | POB |
| Race | White | DLN |
| Ethnicity | Not Hispanic or Latino | DL State |
| DOB | [redacted]/2010 | DL Country |
| Age | 14 | SSN |
| Eye Color | | Attire |
| Hair Color | | Employer/School |
| Facial Hair | | Employer Address |
| Complexion | | Employer CSZ |
| Height | | Occupation/Grade |
| Weight | | Marital Status |
| Resident | | Registered Sex |

Case Report Number: 25-0000484-001

RANDALL COUNTY SO

| | | | |
|---|---|---|---|
| Offender | | Immigration Status | |
| EXP Date RSO | | Hand | |
| Accent | | | |
| Nationality | | | |

Notes

**Name:** [redacted]

Entity Type **Children**

Aliases

| Alias | Alias DOB | Alias SSN |
|---|---|---|

Alerts

Addresses

| Address Type | Address | CSZ | County | Country |
|---|---|---|---|---|

Phones

| Phone Type | Phone Number |
|---|---|

Email

| Email Address |
|---|

Scars, Marks and Tattoos

| SMT | Type | Location | Description |
|---|---|---|---|

Languages Spoken

| Fluency | Language |
|---|---|

| | | | |
|---|---|---|---|
| Sex | Male | Eye Color | |
| Race | White | Hair Color | |
| Ethnicity | Not Hispanic or Latino | Facial Hair | |
| DOB | [redacted]2015 | Complexion | |
| Age | 10 | Height | |

Weight
Resident
POB
DLN
DL State
DL Country
SSN
Attire
Employer/School
Employer Address
Employer CSZ

Occupation/Grade
Marital Status
Registered Sex Offender
EXP Date RSO
Accent
Nationality
Immigration Status
Hand

Notes

**Name: JOWERS, JOHN**

Entity Type Children

Aliases

| Alias | Alias DOB | Alias SSN |
| --- | --- | --- |

Alerts

Addresses

| Address Type | Address | CSZ | County | Country |
| --- | --- | --- | --- | --- |

Phones

| Phone Type | Phone Number |
| --- | --- |

Email

| Email Address |
| --- |

Scars, Marks and Tattoos

| SMT | Type | Location | Description |
| --- | --- | --- | --- |

Languages Spoken

| Fluency | Language |
| --- | --- |

Case Report Number: 25-0000484-001

RANDALL COUNTY SO

| | | | |
|---|---|---|---|
| Sex | Male | SSN | |
| Race | White | Attire | |
| Ethnicity | Not Hispanic or Latino | Employer/School | |
| DOB | [redacted]2015 | Employer Address | |
| Age | 10 | Employer CSZ | |
| Eye Color | | Occupation/Grade | |
| Hair Color | | Marital Status | |
| Facial Hair | | Registered Sex Offender | |
| Complexion | | EXP Date RSO | |
| Height | | Accent | |
| Weight | | Nationality | |
| Resident | | Immigration Status | |
| POB | | Hand | |
| DLN | | | |
| DL State | | | |
| DL Country | | | |

Notes

Properties

# EXHIBIT B

# Case Report

## Administrative

| | |
|---|---|
| Case Report Number | 25-0000374-001 |
| Subject | DISORDERLY CONDUCT |
| Disposition | Closed |
| Entered On | 4/13/2025 4:21:49 AM |
| Entered By | Grant, Nicholas Colton |
| Reported On | 4/12/2025 |
| Reporting Officer | Grant, Nicholas Colton |
| Reporting Agency | RCSO - RANDALL COUNTY SO |
| Report Type | Arrest Report |
| Assisted By | Grant, Nicholas Colton |
| Occurred On (Date and Time) | Saturday 4/12/2025 8:17:00 PM |
| Or Between (Date and Time) | |
| Location | 4101 S Loop 335 E |
| CSZ | RAND |
| Location Name | ROUTE 66 MOTOR SPEEDWAY |
| Verification | Verified |
| Verification Level | |
| Precinct | |
| Jurisdiction | |
| Grid | RCSO |
| Sector | RCSO |
| Map | |
| Beat | RCSO |
| Census/Geo Code | |
| Call Source | |
| Related Cases | |
| Means | |
| Other Means | |
| Motives | |
| Other Motives | |
| Vehicle Activity | |
| Direction Vehicle Traveling | |
| Cross Street | |
| Notified | |
| Supplemental | |
| Assignment | |
| Assignment Date | |
| Assignment Type | |
| Assignment Active | |
| Status | |
| Decline | |
| Decline Notes | |
| Case Management | |

## For Exceptional Clearances

| | |
|---|---|
| Clearance Basis | |
| Exceptional Clearance Date | |

## Solvability

| Solvability Code | Points |
|---|---|

## Narrative

RCSO IR: 25-0000375

Date: 04/12/2025

Location: 4101 S SH 335 East

Reporting Officer: Sgt. Grant 651

Arrest Made: YES

SUMMARY OF EVENTS:

On 04/12/2025 at 2017hrs, I was dispatched to the motor 6 speed way on 4101 S SH 335 East to meet John Jowers. When contact was made with Jowers he became uncooperative and irrational when askes just too simply identify himself. Jowers became emotional and walked away from me and started shouting vulgarity in front of several 3rd parties at a crowded venue. Jowers was ordered to place his arms behind his back, he tensed up and refused to cooperate, and he was placed on the ground and placed under arrest for disorderly conduct.

PARTIES:

John Jowers (W/M DOB [redacted] 1988)

Brandon Holt (W/M DOB [redacted] /1988)

EVIDENCE:

Evidence Seized/Booked:

Samsung cellphone

Associated Items:

PHOTOS: YES? NO?

IN-CAR: YES? NO?

BODY CAM: YES? NO?

Other A/V RECORDING: YES? NO?

NARRATIVE:

On 12/04/2025 at 2017hrs, I, Sgt. Grant was contacted by Cpl. Turner in reference to a civil matter. Cpl. Turner informed me that John Jowers had a “court order” in regards to his children being in proximity to his ex-wife’s new boyfriend. The unidentified ex-wife and children were reportedly at the route-66 motor speed way located at 4101 S SH 335 spectating the unidentified boyfriend participate in a racing event. Cpl. Turner told Jowers that it was more than likely an on-view arrest wouldn’t be made as a result of the investigation. Jowers stated if we weren’t going to do anything about it then he will. I arrived at the motor speedway with Deputy Guzman and parked at the front entrance of the race track. It should be known that on this night the race track was hosting a public racing event where a large crowd had gathered which included families with young children. Jowers arrived on scene with Brandon Holt. He walked up to Deputy Guzman and I with his cellphone out recording the interaction and appeared to be clearly agitated. I attempted to establish a friendly connection with Jowers by introducing myself and shaking his hand. Jowers fumbled through a stack of papers which was insinuated to be some type of court order and aggressively pointed towards a specific clause. I grabbed the stack of papers and told Jowers that I needed to read over them. As I walked back to my marked patrol unit to read the order in private I overheard Deputy Guzman attempt to positively identify Jowers. Jowers became defensive and would not cooperate with Deputy Guzman. I handed him the paperwork back and told him if he was not going to cooperate then we wouldn’t either. Jowers brought his cellphone up to eye level and started arguing with me before walking off. Jowers walked parallel to the front entrance to the racing venue where several people were walking to and from, including small juveniles closer to the gate. Jowers turned around and yelled something unitelligable followed by a clear, loudly shouted “fuck”. Due to Jowers’ agitated demeanor while meeting with with us and his previous statements to Cpl. Turner I believed Jowers’ would continue to use vulgar language in a public place that would greatly offend 3rd parties and immediately breach the peace. I approached Jowers and told him to put his arms behind his back to which he replied that “cussing is free speech”. I moved to detain Jowers for officer safety because of his behavior, he tensed his arms and would allow me to secure his arms prior to a pat down for officer safety. Deputy Guzman and I placed Jowers on the ground and placed him in handcuffs without further incident. His Samsung phone was seen to be activated and recording during the commission of the offense and was subsequently seized and later booked into RCSO ID by Deputy Guzman. Jowers was secured in the back of Deputy Guzman’s marked patrol unit. Keys to his vehicle were released to Holt per his request. The bystanders that were present at the time of Jowers using vulgar language had walked off after the scene was rendered safe, I was not able to obtain any witness affidavits. Deputy Guzman would transport Jowers to the Randall County Jail where I booked him in for disorderly conduct. See supplements from Deputy Guzman and Cpl. Turner for further details. EOR

CHARGES / OFFENSE:

Disorderly conduct (TX PC 42.01)

## Offense

| | | | |
|---|---|---|---|
| Offense | PUBLIC ORDER CRIMES CLASS C | Crime Against | |
| | | UCR Hierarchy | |
| Code Section | | Location Type | Other/Unknown |
| IBR Code | | Completed | Yes |
| IBR Group | | Hate/Bias | None (No Bias) |

| | | | |
|---|---|---|---|
| Domestic Violence | | Weapons | |
| Premises Entered | | Criminal Activity | |
| Entry | | Type Security | |
| Using | Not Applicable | Tools | |

## Offenders

**Arrestee Name: JOWERS III, JOHN CALVIN**

Photo Date: Photo Date:

### Aliases

| Alias | Alias DOB | Alias SSN |
|---|---|---|

Alerts

### Addresses

| Address Type | Address | CSZ | County | Country |
|---|---|---|---|---|

### Phones

| Phone Type | Phone Number |
|---|---|
| | 806 [redacted] |

### Emails

| Email Address |
|---|

### Scars, Marks and Tattoos

| SMT | Type | Location | Description |
|---|---|---|---|

### Languages Spoken

| Fluency | Language |
|---|---|

| | | | |
|---|---|---|---|
| Sex | Male | DOB | 12/4/1988 |
| Race | White | Age | 36 |
| Ethnicity | Not Hispanic or Latino | Eye Color | |

| | | | |
|---|---|---|---|
| Hair Color | | DL State | |
| Hair Style | | DL Country | |
| Hair Length | | SSN | |
| Facial Hair | | Marital Status | |
| Complexion | | Registered Sex Offender | |
| Teeth | | EXP Date RSO | |
| Build | | Accent | |
| Height | | Nationality | |
| Weight | | Immigration Status | |
| Resident | Resident | Hand | |
| POB | | | |
| DLN | [redacted] | | |
| Attire | | | |
| Employer/School | | | |
| Employer Address | | | |
| Employer CSZ | | | |
| Occupation/Grade | | | |
| MO | | | |
| Other MO | | | |
| Habitual Offender Status | | | |

## Warrants

| Warrant Number | Charge | Case Number |
|---|---|---|

## Arrest Information

| | | | |
|---|---|---|---|
| Arrest For | 73999999 - PUBLIC ORDER CRIMES CLASS C | Booked Location | |
| Arrest Number | 2025-00190 | Date/Time Released | |
| Arrest Type | Warrantless/On-view | Released Location | |
| Armed With | Unarmed | Released By | |
| Multi-Clearance | Not Applicable | Release Reason | |
| Multi-Clearance Offense | | Held For | |
| FBI Number | | Fingerprints | |
| State Number | | Photos | |
| Arrest Date | 4/12/2025 | Miranda Read | |
| Arrest Location | | Miranda Waived | |
| Force Level | | Number of Warrants | |
| Date/Time Booked | | Juvenile Dispo. | |
| | | Adult Present (Name) | |

Detention Name

Notified Name

Notes

## Victims

**Name:**

Victim Type Society/Public
Victim of 73999999 - PUBLIC ORDER CRIMES CLASS C

### Aliases

| Alias | Alias DOB | Alias SSN |
|---|---|---|

Alerts

### Addresses

| Address Type | Address | CSZ | County | Country |
|---|---|---|---|---|

### Phones

| Phone Type | Phone Number |
|---|---|

### Emails

| Email Address |
|---|

### Scars, Marks and Tattoos

| SMT | Type | Location | Description |
|---|---|---|---|

### Languages Spoken

| Fluency | Language |
|---|---|

Sex
Race
Ethnicity
DOB
Age
Eye Color
Hair Color
Facial Hair

Complexion
Height
Weight
Resident
POB
DLN
DL State
DL Country

SSN
Attire
Employer/School
Employer Address
Employer CSZ
Occupation/Grade
Testify
Injury

Marital Status
Registered Sex Offender
EXP Date RSO
Accent
Nationality
Immigration Status
Hand

## Offender Relationships

| Offender | Relationship |
| --- | --- |

Circumstances
Just. Hom. Circ.

## LEOKA Info

Type
Assignment

Activity
ORI-Other Jurisdiction

Notes

## Witnesses

## Other Entities

## Properties

# EXHIBIT C

**Officer Narrative**

| | | | |
|---|---|---|---|
| Case Number: | 25-0000374 | Entered On: | 4/14/2025 12:00:00 AM |
| Subject: | CIVIL STAND BY | Entered By: | Guzman, Antonio Luis |

Narrative:

RTF Narrative:

RCSO IR: 255-0000374 Disorderly conduct supplement
Date: 4-12-2025
Location: 4101 S Loop 335 East
Reporting Officer: Guzman #636
Arrest Made: Yes

## SUMMARY OF EVENTS:

## PARTIES:

John Jowers (W/M, DOB:[redacted]988)
Brandon Holt (W/M, DOB: [redacted]988)

## EVIDENCE:

Evidence Seized/Booked:
Samsung Cellphone
Associated Items:
N/A

PHOTOS: YES☐ NO☒
IN-CAR: YES☒ NO☐
BODY CAM: YES☒ NO☐
Other A/V RECORDING: YES☐ NO☒

## NARRATIVE:

On 4-12-2025, I, Deputy Guzman #636, was assigned to work uniform patrol for the Randall County Sheriff's Office. At approximately 8:17 p.m. I was dispatched to the 4101 S Loop 335 East at the Route 66 Motor Speedway to assist Sgt. Grant #651

regarding John Jowers's ex-wife possibly violating a court order. While En route, Deputy Turner #642, who spoke with John over the phone, informed Sgt. Grant and I that John was En route to Route 66 Motor Speedway with court order paperwork stating his Ex-wife can't have their children around Austin Lindsey due to him abusing them.

A short time later, I arrived at the above address, where John showed up and explained that his wife had the kids inside the Motor Speedway with Austin Lindsey and that Austin was not to be around the kids. John then provided Sgt. Grant with the paperwork, at which time Sgt. Grant advised he would look over the paperwork and be back shortly. I then asked John for his driver's license for the report. When I asked John for his driver's license he stated "For what, I don't have to ID." I explained to John that there is an investigation currently going on, and it is for the investigation. John continued to refuse to provide his identification for this incident and stated he was not the one under investigation. Due to John not cooperating and not providing any form of identification, John was given his paperwork back and told to leave since he didn't want to give me his identification for the report.

When John was told that we weren't going to do anything due to him not cooperating, John began recording and became verbally aggressive. Once John was told to leave, he started walking off and yelling profane and vulgar language in a public place where there were multiple families and children in the area. Due to John using profane and vulgar language, Sgt. Grant told John to come back. When John came back, he began physically refusing Sgt. Grant and I, at which time Sgt. Grant and I placed John on the ground and secured him in handcuffs without any further incident.

Once John was secured in handcuffs, I assisted John off the ground, escorted him to my patrol vehicle where I searched his person for Office safety, and secured him in the backseat of my patrol vehicle. After securing John in the backseat of my patrol vehicle, I asked dispatch to run John and Brandon Holt, who was a bystander through TCIC/NCIC. Dispatch later advised both subjects were clear. I was later provided with John's cellphone and gave John's keys to Holt because John had given Holt permission to take his vehicle.

After our investigation was complete on the scene, I transported John to the Randall County Jail without incident. Upon the arrival at the RCJ, I assisted in booking John for Disorderly Conduct. Once I was done with helping Sgt. Grant, I ensured I was no longer needed and returned to my regular patrol duties. My body-worn and in-car cameras were both activated during this incident. Both video footages were later downloaded to the Randall County Sheriff's Office BWC vault tagged IR# 25-0000374. I later booked John's Samsung Cellphone into the Randall County Sheriff's Office CID lab tagged IR# 25-0000374. See other deputies' reports

and refer to my video footage for further information. I have nothing further to report at this time. EOR.

**CHARGES / OFFENSE:**

Disorderly Conduct

**Officer Narrative**

| | | | |
|---|---|---|---|
| Case Number: | 25-0000374 | Entered On: | 4/14/2025 12:58:00 AM |
| Subject: | CIVIL STAND BY | Entered By: | Turner, Mason |

Narrative:

RTF Narrative:

RCSO IR: 25-0000374 SUPP

Date: 4/12/2025

Location: 4101 S SH 335 East

Reporting Officer: Corporal Turner 642

SUMMARY OF EVENTS:

On 4/12/2025 at approximately 8:17 p.m. I was requested by Randall County Dispatch to contact a complainant via phone in reference to a concern that his children were around an individual they were not allowed to be around. I contacted the caller, John Jowers, via phone. John advised me he had a court order that stated his children were not to be around their mother's boyfriend due to accusations of assault. John advised me the court order was part of a child custody agreement and was not a protective order. I advised John we would be meet with him to look at the court order and would attempt to locate his children and their mother, Castina, in order to verify she was violating the court order. I advised John, due to it being part of a child custody court order, it would be likely that no on-view arrest could be made and that we would be able to document the violation for him. John advised he was going to go to the racetrack and take care of it himself, at which point I advised dispatch that John was in route to the racetrack and I requested dispatch send additional units to the racetrack to meet with John. I contacted Sgt. Grant and advised him of the situation and then returned to service.

PARTIES:

John Jowers (W/M,[redacted]8)

Castina Dobbins (806-[redacted])

PHOTOS: NO

IN-CAR: NO

BODY CAM: NO

NARRATIVE:

On April 12th, 2025, I, Cpl. Turner #642, was dispatched to a call by phone in reference to John stating that his children were with Castina and that she had them at the Racetracks at 4101 S SH 335 East with her boyfriend, who was not identified. John advised that Castina's boyfriend has previously abused his children. John advised that because of this abuse, he has a court order that states the children cannot be around the boyfriend. I clarified with John if he was referring to a protective order or if it was part of a child custody agreement. John confirmed to me that he did not have a protective order and that it was specified in their child custody agreement. I asked John if he had a copy of the custody agreement, he confirmed he did. I asked John if the copy was digital or physical, he advised physical. I asked John how he knew that Castina had the children at the racetrack with her boyfriend. John stated that people he knew at the racetrack had notified him that they saw her with the children in the "pits" at the racetrack, near her boyfriend. After speaking with John, I advised him that I could have some deputies meet with him to review the court order he mentioned and then attempt to locate Castina and his children. I advised John, due to the court order being their child custody agreement, deputies would not be able to make an on-view arrest for violating the agreement, however we could document the violation and provide him with the report number so that he would be able to reference the violation if they ended up going to court or anything like that. John became upset with this response and began stating that Canyon Police Department and the Sheriff's Office were lying on reports and attempting to help Castina. I advised John that I had no knowledge of any prior dealings, but would be more than happy to have deputies look at the paperwork and then document the violation for him. John became more agitated and stated that since we were not going to protect his children, he would take care of it himself. I advised John that he should not go cause any issues or make the matter worse. John advised that he was going to the racetrack and was going to take care of the matter himself. Due to John's statements of "taking care of it himself" and his agitated state, I believed that if deputies were not there upon his arrival, John would be disorderly and possibly get into an altercation with either Castina or her boyfriend. I advised John that I would request other deputies meet with him at the racetrack in order to view the court order and try to assist him. John agreed to meet with other deputies.

I requested over the radio for dispatch to send two deputies to meet with John at the racetrack. Shortly thereafter, Sgt. Grant and Deputy Guzman were dispatched. I contacted Sgt. Grant via phone and advised him that John mentioned a court order, but stated that it was a child custody agreement. I advised Sgt. Grant that I had explained the likely outcome to John and that he became agitated. I advised Sgt. Grant that John made statements of taking care of the situation himself, but that he had agreed to meet with deputies first with the court documents. After advising Sgt. Grant of my conversation with John, I returned to service.

# Randall County Sheriff's Office

Booking Sheet for Booking # 25001492

**Name #:** 106945
**Name:** JOWERS, JOHN CALVIN
**Address:** 11817 LS TRAIL
CANYON, TX 79118
**Born:** PALESTINE , TX





**Personal Identification**

**Drivers Lic:**
**State:** TX
**Home Phone:** (806)[redacted]
**Local ID:**
**Work Phone:** ( ) -
**Soc. Sec.:** [redacted]

**Physical Description**

**DOB:** [redacted]88 (36 yrs)
**Eyes:** BRO
**Complxn:** FAR
**Race:** W
**Glasses:** C
**Build:** M
**Sex:** M
**Hair:** BRO
**Ethnic:** NHIS
**Hgt:** 5'10"
**Hair Style:** SHRT
**Wgt:** 155
**Beard:** F

**Assigned Housing:** Male Detox
**Booking Date:** 21:56:45 04/12/25
**Current Location:** Male Waiting Area
**Booked By:** H Stoddard
**Property Locker:** 196

No Active Holds Located

| Case # | Description | Billing Agency | CRT | Bail Amt | Bail Type | DSP | Scheduled Rel. Date |
|---|---|---|---|---|---|---|---|
| ON-VIEW | 53999999: PUBLIC PEACE CLASS C | RCSO | JP4 | $500.00 | CS | | **:**:** **/**/** |

* D E F 0 0 0 0 2 6 *

# SUPERVISOR'S BOOKING CHECKLIST

| | | | |
|---|---|---|---|
| [X] | CORRECT ARREST DATE/TIME | [X] | ISSUING AUTHORITY |
| [X] | ENTERED CHARGES MATCH | [X] | WARRANT NUMBER |
| [ ] | BILLING AGENCY/ BILLING TYPE | [X] | BOOKING TYPE |
| [X] | CUSTODY STATUS | [ ] | APD WAIVER SUBMITTED |
| [ ] | DNA COLLECTION FLAG | [ ] | VICTIM INFO NOTED |
| [ ] | HOLD'S PLACED | [ ] | SENTENCING ADDED |
| [ ] | BOND CONDITIONS NOTED | [X] | TRN/TRS/TCN & MUGSHOT ENTERED & IMPORTED |
| [X] | APPROVAL TO ODYSSEY | | |

DATE: 4/12/25 SUPERVISOR'S SIGNATURE: Cpl [signature] 308

*DEF000027*

# Randall County Sheriff's Office

Individual Arrest Report, with Sentences & Bonds

| | | | |
|---|---|---|---|
| **Name:** | JOHN CALVIN JOWERS (106945) | | |
| **Street Address:** | 11817 LS TRAIL | **City, State Zip:** | CANYON, TX 79118 |
| **Date of Birth:** | 12/04/88 | **Social Security:** | [redacted] |
| **FBI number:** | | | |
| **Sex:** | M | **Race:** | W |
| **Height:** | 5'10" | **Weight:** | 155 |
| **Hair Color:** | BRO | **Eyes Color:** | BRO |
| **Drivers License:** | | **State:** | TX |
| **Marital Status:** | Divorced | | |
| **Home Phone:** | (806)[redacted] | **Work Phone:** | ( ) - |
| **Employer:** | DISABLED | | |
| **Contact:** | JESSICA MCGEE | **Address:** | AMARILLO, TX |
| **Relationship:** | FR | **Phone:** | (806)341-6011 |

## Scars, Marks, and Tattoo Information

| | | |
|---|---|---|
| **Scars, Marks:** | TAT L ARM | "IN LOVING MEMORY" SLEEVE |
| | TAT R ARM | BARBWIRE, MARCH 1943 |

**Booking Narrative:**

ARREST NARRATIVE: Sat Apr 12 21:57:40 2025 OFC H STODDARD 341 ARRESTING OFFICER STATED, "DISPATCHED TO 4101 S LOOP 335 TO MEET JOHN IN REFERENCE TO A CIVIL MATTER PER HIS REQUEST. WE MET IN A CROWDED PARKING LOT OF RACING EVENT FULL OF FAMILYS WITH CHILDREN FREQUENTLY WALKING PASSED OUR INTERACTION. JOHN BECAME BELIGERENET AND WOULD NOT COOPERATE WITH OFFICERS AND BEGAN WALKING AWAY. WHILE IN THE PRESENCE OF SEVERAL BYSTANDERS INCLUDING CHILDREN. JOHN BEGAN YELLING VULGERITY AT OFFICERS. IF I DID NOT INTERVENE IT APPEARED IT WAS GOING TO ESCELATE. WHILE TRYING TO DETAIN JOHN FOR OFFICER SAFETY HE TENSED UP AND WOULD NO TALLOW US TO PLACE HANDCUFFS ON HIM. HE WAS PLACED ON THE GROUND AND TAKEN INTO CUSTODY." SUBJ BOOKED INTO RCSO FOR THE FOLLOWING: JP4 ON-VIEW (DISORDERLY CONDUCT) $500.00 CS SUBJ CLEARED TCIC/NCIC. SUBJ CLEARED PER RCSO LOCALS APRIL. SUBJ CLEARED APD QW/QH. ************************************************************************** ARRAIGNMENT NARRATIVE: ************************************************************************** DISPOSITION NARRATIVE: ************************************************************************** RELEASE NARRATIVE: Sat Apr 12 23:31:31 2025 OFC H STODDARD 341 SUBJ PSTED $500.00 CS BOND THROUGH AMARILLO BAIL BONDS FOR THE ABOVE CHARGE. SUBJ CLEARED ALL PER APRIL. ************************************************************************** NOTES:

## Arrest/Offense Information

**Booking Number:** 25001492
**Arrest Reference Number:**
**Time/Date Arrested:** 21:07:00 04/12/25
**Arresting Officer:** GRANT 651
**Arresting Agency:** RCSO
**Age at Arrest:** 36
**Arrest Location:** 4101 S LOOP 335

**Statute:** 53999999, PUBLIC PEACE CLASS C
**Court:** JP4
**Counts:** 1
**Offense Refrnc:** ON-VIEW
**Related Incident:**

**Bond Type:** CS **Clearance:** BP **Amount:** $500.00 (Optional: $0.00)

**Report Includes:**
All dates arrested, All booking numbers matching ` 25001492`, All arresting agencies, All arresting officers, All arrest types, All arrest area codes, All judicial age statuses, All inmate name numbers, All offense codes, All statute codes, All alcohol/drug codes, All crime class codes, All law jurisdictions, All court codes, All entry codes, All custody flags

# RANDALL COUNTY SHERIFF'S OFFICE ARREST REPORT

RCSO# ______ RCSO IR# 25-000374 APD IR# ______ REPORT DATE: 04/11/2025

ARRESTEE

| LAST NAME | FIRST | MIDDLE | | | |
|---|---|---|---|---|---|
| JOWERS | JOHN | CALVIN | | | |

| STREET # | STREET NAME | APT# | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| 11817 | LS TRAIL | | AMARILLO | TX | 79118 |

| HOME PHONE | BUSINESS PHONE | PLACE OF EMPLOYMENT | BUSINESS ADDRESS |
|---|---|---|---|
| (806)[redacted] | | N/A | |

| DL# | STATE | SOCIAL SECURITY # | OTHER ID # | TYPE |
|---|---|---|---|---|
| 23199 | TX | [redacted] | | |

| RACE | SEX | AGE | HEIGHT | WEIGHT | HAIR COLOR | EYE COLOR | GLASSES Y/N | FACIAL HAIR Y/N |
|---|---|---|---|---|---|---|---|---|
| W | M | 36 | 510 | 155 | BROWN | BROWN | N | Y |

| DATE OF BIRTH | PLACE OF BIRTH | SCARS/MARKS/TATTOOS (LOCATION) |
|---|---|---|
| [redacted]1988 | PALESTINE TX | |

| DEFORMITIES (LOCATION/DESCRIPTION) | AMPUTATIONS | ARTIFICIAL PARTS | DEAF | BLIND |
|---|---|---|---|---|
| | | LEFT KNEE REPLACEMENT, FRACTURED S | N | N |

| ALIASES/OTHER DESCRIPTIONS | EMERGENCY CONTACT | ADDRESS | RELATION | PHONE # |
|---|---|---|---|---|
| | JESSICA MCGEE | | FRIEND | (806) 341-6011 |

COMPLAINANT RCSO ADDRESS 9100 S GEORGIA PHONE (806) 468-5800

PLACE OF ARREST: 4101 S LOOP 335 DATE OF ARREST: 04/12/2025 TIME OF ARREST 21:07

ARRESTING OFFICER GRANT AGENCY RCSO ID # 651

ARRESTING OFFICER ______ AGENCY ______ ID # ______

RECEIVING OFFICER ______ TITLE ______

| ARREST CODE | DESCRIPTION | CLASS | JURISDICTION |
|---|---|---|---|
| 53999999 | DISORDERLY CONDUCT | MC | JP4 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I, the undersigned affiant, do solemnly swear that I have good reason or knowledge or knowledge that the above named individual committed the following facts, which led me to believe that the offense(s) listed above were being or had been committed.

DISPATCHED TO 4101 S LOOP 335 TO MEET JOHN IN REFERENCE TO A CIVIL MATTER PER HIS REQUEST. WE MET IN A CROWDED PARKING LOT OF A RACING EVENT FULL OF FAMILYS WITH CHILDREN FREQUENTLY WALKING PASSED OUR INTERACTION. JOHN BECAME BELIGERENT AND WOULD NOT COOPERATE WITH OFFICERS AND BEGAN WALKING AWAY. WHILE IN THE PRESENCE OF SEVERAL BYSTANDERS INCLUDING CHILDEN. JOHN BEGAN YELLING VULGERITY AT OFFICERS. IF I DID NOT INTERVENE IT APPEARED IT WAS GOING TO ESCELATE. WHILE TRYING TO DETAIN JOHN FOR OFFICER SAFETY HE TENSED UP AND WOULD NOT ALLOW US TO PLACE HANDCUFFS ON HIM. HE WAS PLACED ON THE GROUND AND TAKEN INTO CUSTODY.

SIGNATURE OF ARRESTING OFFICER Grant /651

Revised March 20, 2012 RCJ #119

CAUSE NUMBER On view DEFENDANT John Calvin Towers DATE 4-22-25
CHARGE Disorderly Conduct- Class C

**TO THE SHERIFF OF RANDALL COUNTY, TEXAS; GREETINGS:**
**THE FOLLOWING ACTION IS DIRECTED IN THE ABOVE STYLED AND NUMBERED CAUSE:**

- ☐ Case dismissed, release the defendant.
- ☐ Bond reinstated, release the defendant.
- ☐ Found not quilty, release the defendant.
- ☐ Defendant/Notice of appeal, continued on bond/set at $__________.
- ☐ Bond set/raised/reduced to the amount of $__________.
- ☐ Attorney appointed __________.
- ☑ Other Case will not be filed. Elements of offense not met.

Judge ______________________ by Lt. Pat Williams [signature]

(____)__________ District Court

(____)__________ County Court at Law

(____)__________ Justice of Peace

Right Thumb

______________________
Signature of Defendant

______________________
Fingerprinted by

RCSO 100

*DEF000031*

# EXHIBIT D

# Randall County Sheriff's Office

Individual Arrest Report, with Sentences & Bonds

| | | | |
|---|---|---|---|
| **Name:** | JOHN CALVIN JOWERS (106945) | | |
| **Street Address:** | 11817 LS TRAIL | **City, State Zip:** | CANYON, TX 79118 |
| **Date of Birth:** | [redacted]88 | **Social Security:** | [redacted] |
| **FBI number:** | | | |
| **Sex:** | M | **Race:** | W |
| **Height:** | 5'10" | **Weight:** | 155 |
| **Hair Color:** | BRO | **Eyes Color:** | BRO |
| **Drivers License:** | | **State:** | TX |
| **Marital Status:** | Divorced | | |
| **Home Phone:** | (806)[redacted] | **Work Phone:** | ( ) - |
| **Employer:** | DISABLED | | |
| **Contact:** | JESSICA MCGEE | **Address:** | AMARILLO, TX |
| **Relationship:** | FR | **Phone:** | (806)341-6011 |

## Scars, Marks, and Tattoo Information

| | | |
|---|---|---|
| **Scars, Marks:** | TAT L ARM | "IN LOVING MEMORY" SLEEVE |
| | TAT R ARM | BARBWIRE, MARCH 1943 |

**Booking Narrative:**

ARREST NARRATIVE: Sat Apr 12 21:57:40 2025 OFC H STODDARD 341 ARRESTING OFFICER STATED, "DISPATCHED TO 4101 S LOOP 335 TO MEET JOHN IN REFERENCE TO A CIVIL MATTER PER HIS REQUEST. WE MET IN A CROWDED PARKING LOT OF RACING EVENT FULL OF FAMILYS WITH CHILDREN FREQUENTLY WALKING PASSED OUR INTERACTION. JOHN BECAME BELIGERENET AND WOULD NOT COOPERATE WITH OFFICERS AND BEGAN WALKING AWAY. WHILE IN THE PRESENCE OF SEVERAL BYSTANDERS INCLUDING CHILDREN. JOHN BEGAN YELLING VULGERITY AT OFFICERS. IF I DID NOT INTERVENE IT APPEARED IT WAS GOING TO ESCELATE. WHILE TRYING TO DETAIN JOHN FOR OFFICER SAFETY HE TENSED UP AND WOULD NO TALLOW US TO PLACE HANDCUFFS ON HIM. HE WAS PLACED ON THE GROUND AND TAKEN INTO CUSTODY." SUBJ BOOKED INTO RCSO FOR THE FOLLOWING: JP4 ON-VIEW (DISORDERLY CONDUCT) $500.00 CS SUBJ CLEARED TCIC/NCIC. SUBJ CLEARED PER RCSO LOCALS APRIL. SUBJ CLEARED APD QW/QH. ************************************************************************
ARRAIGNMENT NARRATIVE: ************************************************************************
DISPOSITION NARRATIVE: ************************************************************************
RELEASE NARRATIVE: Sat Apr 12 23:31:31 2025 OFC H STODDARD 341 SUBJ PSTED $500.00 CS BOND THROUGH AMARILLO BAIL BONDS FOR THE ABOVE CHARGE. SUBJ CLEARED ALL PER APRIL.
************************************************************************ NOTES:

## Arrest/Offense Information

**Booking Number:** 25001492 **Arrest Reference Number:**
**Time/Date Arrested:** 21:07:00 04/12/25 **Arresting Officer:** GRANT 651
**Arresting Agency:** RCSO **Age at Arrest:** 36
**Arrest Location:** 4101 S LOOP 335

**Statute:** 53999999, PUBLIC PEACE CLASS C **Court:** JP4
**Counts:** 1
**Offense Refrnc:** ON-VIEW **Related Incident:**

**Bond Type:** CS **Clearance:** BP **Amount:** $500.00 (Optional: $0.00)

**Report Includes:**
All dates arrested, All booking numbers matching ` 25001492`, All arresting agencies, All arresting officers, All arrest types, All arrest area codes, All judicial age statuses, All inmate name numbers, All offense codes, All statute codes, All alcohol/drug codes, All crime class codes, All law jurisdictions, All court codes, All entry codes, All custody flags

# EXHIBIT E

PRODUCED IN NATIVE

# EXHIBIT F

PRODUCED IN NATIVE

# EXHIBIT G

PRODUCED IN NATIVE